BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
JOSEPH LANGKAMER, PA Bar No. 208286
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2212
Joseph.Langkamer@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ALEXANDER TAEYOUNG KIM, | Case No. 2:25-cv-02407-SSC |
| Plaintiff, | |
| vs. | |
| FRANK BISIGNANO | [~~PROPOSED~~] |
| Commissioner of Social Security, | ORDER OF REMAND |
| Defendant. | |

Based upon the parties' Stipulation to Remand for Further Proceedings

Pursuant to Sentence Four of 42.U.S.C. § 405(g) ("Stipulation to Remand"), and

for cause shown, **IT IS ORDERED** that the above-captioned action be remanded

to the Commissioner of Social Security for further proceedings consistent with the

ORDER OF REMAND                    Page 1

terms of the Stipulation to Remand.

DATED: July 11, 2025

_____
HON. STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE